IN THE UNITED STATES DISTRICT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

FILED
02 MAR 14 PM 4:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| RODERICK J. VINSON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CV-02-S-0252-NW |
| ) | |
| AMERICAN GENERAL LIFE AND ) | |
| ACCIDENT INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF WITHDRAWAL

Comes now J. Alan Baty and gives notice of his withdrawal as one of the attorneys of record for Defendant American General Life and Accident Insurance Company ("American General"). As grounds for this notice, the undersigned states that he is no longer with the firm of Maynard, Cooper & Gale, P.C. Lee E. Bains, Jr., and Jeffrey M. Grantham will continue to represent American General.

_____
J. Alan Baty (BAT029)

One of the Attorneys for Defendant, American
General Life and Accident Insurance Company

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
Attorneys at Law
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602
(205) 254-1000

00758174.1

GRANTED
Mar. 15, 2002
JUDGE          Date

ENTERED
MAR 15 2002